IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFNEY PHILISTIN,
Inmate No. L42864,
    Plaintiff,

vs.                                        Case No.:  5:18cv166/MCR/EMT

B. CANTRELL, et al.,
    Defendants.
_____/

# O R D E R

This case if before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated December 10, 2018 (ECF No. 17). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's "Motion to Request For a Court Order Medical and Mental

Health" is **DENIED**.

3. The Clerk is directed to refer the case to the Chief Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 10th day of January 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**